### 52082. LEGE v. UNITED STATES OF AMERICA et al.

MARSHALL, Judge.

This post judgment garnishment case is controlled by *Coursin v. Harper,* 236 Ga. 729 (225 SE2d 428), as the affidavit upon which the summons of garnishment was issued was given prior to July 1, 1975. *Battles v. Battles,* 138 Ga. App. 841. The judgment in favor of the defendant is affirmed.

*Judgment affirmed. Pannell, P. J., and McMurray; J., concur.*

ARGUED APRIL 7, 1976 — DECIDED
JUNE 14, 1976.

*Araguel & Sanders, Jerry D. Sanders,* for appellant.
*Hirsch, Beil & Partin, John P. Partin,* for appellees.